FILED
United States Court of Appeals
Tenth Circuit

May 28, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SAVE THE COLORADO, a Colorado nonprofit corporation, et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> LIEUTENANT GENERAL WILLIAM H. GRAHAM, in his official capacity as Chief of Engineers of the U.S. Army Corps of Engineers, et al., <br><br> Respondents. <br><br> ------------------------------ <br><br> CITY AND COUNTY OF DENVER, acting by and through its Board of Water Commissioners (Denver Water), <br><br> Intervenor Respondent - Appellant. | No. 25-1137 <br> (D.C. No. 1:18-CV-03258-CMA) <br> (D. Colo.) |

_____

**ORDER**

_____

This abated matter is before the court on the *Expedited Motion for Reconsideration of the Clerk's May 20, 2025 Order* filed by petitioners-appellees. (Dkt. No. 24.)

Upon consideration, the court grants the *Motion* to the extent the parties may file separate status reports if they wish. The court otherwise denies the *Motion*. Nothing in the May 20, 2025 order precludes the parties from notifying this court of the district court's

decision immediately, and nothing in the May 20, 2025 order indicates that this court will continue to abate its consideration of the pending motion to stay once the district court has issued its decision concerning the construction injunction.

                                                 Entered for the Court

                                                 CHRISTOPHER M. WOLPERT, Clerk