**Nos. 25-1137 and 25-1231**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

---

SAVE THE COLORADO, *et al.,*
*Petitioners – Appellees,*
v.
LIEUTENANT GENERAL WILLIAM H. GRAHAM
Chief of Engineers of the U.S. Army Corps of Engineers, *et al*.,
*Respondents*,
and
CITY AND COUNTY OF DENVER, acting by and through its
Board of Water Commissioners,
*Respondent – Intervenor - Appellant*.

---

On Appeal from the United States District Court for the District of Colorado,
D.C. No. 1:18-cv-03258-CMA
The Honorable Christine M. Arguello

---

**BRIEF OF *AMICI CURIAE* CITY OF BOULDER AND CITY OF LAFAYETTE IN SUPPORT OF APPELLANT CITY AND COUNTY OF DENVER SUPPORTING REVERSAL**

---

Teresa Taylor Tate, City Attorney
Luis A. Toro, Senior Counsel
Jessica L. Pault-Atiase, Senior Counsel
City of Boulder
1777 Broadway, Boulder CO 80302
303-441-3020
tatet@bouldercolorado.gov
torol@bouldercolorado.gov
pault-atiasej@bouldercolorado.gov
Attorneys for City of Boulder

Erin E. Poe, Deputy City Attorney
City of Lafayette
1290 S. Public Rd., Lafayette CO 80026
303-661-1457
erin.poe@lafayetteco.gov
David F. Bower
Johnson & Repucci LLP
850 W. South Boulder Road, Suite 100
Louisville, CO 80027
303-546-5608
dfbower@j-rlaw.com
Attorneys for City of Lafayette

# TABLE OF CONTENTS


TABLE OF AUTHORITIES ........ ii

STATEMENT OF INTEREST ........ 1

INTRODUCTION ........ 2

ARGUMENT ........ 3

I. The District Court's Order Will Impede the Development and Use of the Gross Reservoir Environmental Pool and Realization of Environmental and Community Benefits by Boulder and Lafayette. ........ 3

II. The Lower Court's Decision Denies Boulder and Lafayette the Important Environmental, Community and Operational Benefits Bargained for in the Gross Reservoir Environmental Pool IGAs. ........ 8

III. The April 2025 Remedy Order Will Deter Other Multi-Purpose, Public Interest Water Infrastructure Projects, like the Environmental Pool, and is Inconsistent with State Water Policy. ........ 11

CONCLUSION ........ 12

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT ........ 14

CERTIFICATE OF DIGITAL SUBMISSION ........ 15

CERTIFICATE OF SERVICE ........ 16

## TABLE OF AUTHORITIES

**Cases**

*St. Jude's Co. v. Roaring Fork Club, L.L.C.*,
351 P.3d 442 ....................................................5

**Statutes**

C.R.S. § 37-92-102(3)....................................................5

**Other Authorities**

STATE OF COLO., DEP'T OF NATURAL RESOURCES, COLO. WATER CONSERVATION BD., COLORADO WATER PLAN ....................................................12

STATE OF COLO., DEP'T OF NATURAL RESOURCES, COLO. WATER CONSERVATION BD., COLORADO WATER PLAN, EXECUTIVE SUMMARY, 2 (2023) ....................................................11

## STATEMENT OF INTEREST

*Amici curiae* City of Boulder ("Boulder") and City of Lafayette ("Lafayette") are Colorado municipal corporations and water service providers located in Boulder County, Colorado, with contractual interests in the Gross Reservoir Expansion Project that is the subject of these consolidated appeals. More specifically, Boulder and Lafayette have entered into an Intergovernmental Agreement with Respondent - Intervenor - Appellant City and County of Denver, acting through its Board of Water Commissioners ("Denver") for the use of a 5,000 acre-foot environmental pool (the "Gross Reservoir Environmental Pool" or "Environmental Pool") in the expanded capacity of Gross Reservoir. The Gross Reservoir Environmental Pool would be a reserved pool of dedicated storage capacity within the enlarged reservoir to be used by Boulder and Lafayette to enhance stream flows and provide significant environmental and community benefits to South Boulder Creek, while also providing important municipal storage in an existing reservoir structure. Boulder and Lafayette support reversal of the district court's judgment and completion of the Gross Reservoir Expansion Project to reap the significant benefits that would be realized if the Project is completed.

No party's counsel authored this brief in whole or in part, and no party, party's counsel, or other person contributed money intended to fund preparing or submitting this brief. All parties have consented to the filing of this brief.

## INTRODUCTION

On February 24, 2010, Boulder, Lafayette (acting through its Water Fund Enterprise), and Denver entered into an Intergovernmental Agreement that created the 5,000 acre-foot permanent, year-round Environmental Pool in an enlarged Gross Reservoir (JA ___, AR 13903-AR 13916). Boulder and Lafayette are also parties to an Intergovernmental Agreement dated February 17, 2010, to address operations of the Gross Reservoir Environmental Pool to meet target flows in South Boulder Creek through coordinated releases for downstream municipal uses by each city (JA ___, AR 13917-AR 13931). The February 17, 2010 and February 24, 2010 Intergovernmental Agreements are collectively referred to herein as the "Gross Reservoir Environmental Pool IGAs."

The Environmental Pool would be filled with water owned by Boulder and Lafayette for release by the cities throughout the year to enhance stream flows in South Boulder Creek and provide related municipal water supply and other benefits. The Environmental Pool is now in jeopardy as a result of the District Court's April 3, 2025 decision ("April 2025 Remedy Order") that is the subject of

the pending appeals. Boulder and Lafayette support Denver's arguments and urge this Court to reverse the lower court after considering the problematic practical and inequitable impacts of that Order to Boulder and Lafayette and their interests in the Gross Reservoir Environmental Pool and related benefits discussed below.

## ARGUMENT

### I. The District Court's Order Will Impede the Development and Use of the Gross Reservoir Environmental Pool and Realization of Environmental and Community Benefits by Boulder and Lafayette.

Boulder and Lafayette have long recognized Denver's proposed enlargement of Gross Reservoir as providing a unique opportunity to create a robust program for enhanced stream flows on South Boulder Creek through the use of upstream storage. The cities agreed to cooperate with Denver on environmental mitigation to address aquatic impacts to South Boulder Creek associated with an enlarged reservoir through the establishment of the Environmental Pool. This proactive collaboration culminated in the execution of the Gross Reservoir Environmental Pool IGAs.  Pursuant to the February 24, 2010 IGA, Denver agreed to make a portion of the increased capacity from the Gross Reservoir Expansion Project available to Boulder and Lafayette to store water in the Environmental Pool. (JA ____, AR013904, AR013908). The Environmental Pool would provide Boulder and Lafayette with permanent, dedicated capacity to store their own decreed water

rights in the enlarged reservoir for later releases to supplement low flows in South Boulder Creek throughout the year and provide significant ecological and environmental benefits to the creek and surrounding habitat. JA_____, AR013904, AR013906.

Releases from the Gross Reservoir Environmental Pool by Boulder and Lafayette would be coordinated with each city's municipal water system operations to meet minimum target flows in specified reaches of South Boulder Creek. JA______, AR 013905; Memo to Colorado Water Conservation Board ("CWCB") members dated March 20-21, 2019, **Attachment 1** at 2-3. The segments identified for the target flows include Gross Reservoir to South Boulder Road ("Upper Segment," depicted as Segments 1 and 2 on page 8 of the Water Delivery Agreement between the CWCB and Boulder, attached hereto as **Attachment 2**) and South Boulder Road to the confluence with Boulder Creek ("Lower Segment," depicted as Segment 3 on page 8 of **Attachment 2**).

The existing flow regime in South Boulder Creek is often insufficient compared to the target flows needed to preserve the environment to a reasonable degree based on biological need. Currently, South Boulder Creek experiences periodic times of limited water availability which would be substantially mitigated with municipal releases from the Environmental Pool. The target flows identified

for Environmental Pool releases would help enhance flows in South Boulder Creek to support native fish populations and riparian and wetland habitats.

The Environmental Pool target flows and target reaches are based on previously collected data and analysis by Colorado Parks and Wildlife ("CPW") using the R2Cross method, which supported earlier instream flow appropriations in South Boulder Creek by the CWCB. *See generally St. Jude's Co. v. Roaring Fork Club, L.L.C.*, 351 P.3d 442, 449 (Colo. 2015) (explaining the CWCB's role in appropriating water for instream uses). The Environmental Pool target flows are designed to help meet the biological need in the Upper and Lower Segments of South Boulder Creek throughout the year without exceeding the CPW instream flow recommendations. *See* **Attachment 1**, at pp. 3-5.

Boulder has been planning an instream flow program to address critical low flows in South Boulder Creek since the late 1970s and identified stream flows in South Boulder Creek as a priority in several planning documents. Under Colorado water law, an instream flow water right is for the beneficial use of water in the stream "to preserve or improve the natural environment to a reasonable degree." Colo. Rev. Stat. § 37-92-102(3). Instream flow water rights are held by the CWCB and protect stream flows in the creek from other diversions as a vested water right. *St. Judes Co*., 351 P.3d at 451. Boulder secured instream flow protection for its

releases from the Environmental Pool through a Water Delivery Agreement with the CWCB dated September 9, 2019. (**Attachment 2**). Water released by Boulder from the Environmental Pool to meet the target flows would therefore be protected for instream flow uses by the CWCB and would supplement the CWCB's existing appropriated instream flow rights. Boulder may then redivert the water downstream of the protected segments for its municipal uses. *See* **Attachment 2** at pp. 5-7; *see also* Decrees entered in Case Nos. 2016CW3160 and 2017CW3212, District Court for Water Division 1, State of Colorado.

Lafayette similarly identified Gross Reservoir as a potential place of storage for its water rights and began to include the reservoir in its Water Court decrees in the late 1970s. When the Gross Reservoir Expansion Project was initiated, Lafayette saw the opportunity to enhance its upstream storage in an existing reservoir structure while also allowing for its municipal releases to be made when such releases would have an environmental benefit to South Boulder Creek, resulting in added resiliency to Lafayette's municipal operations while also generating ecological benefits for the stream system and surrounding community.

Boulder, Lafayette, and Denver agreed that the Environmental Pool would be the preferred mitigation concept to address all impacts to aquatic resources in

the South Boulder Creek basin associated with the Gross Reservoir Expansion Project. Accordingly, the February 24, 2010 IGA provides:

> Boulder and Lafayette agree that creation and operation of the Environmental Pool in an Enlarged Gross Reservoir, as set forth in this IGA, adequately addresses the impacts to aquatic resources in the South Boulder Creek basin from the [Gross Reservoir Expansion Project] and thereby enables the Parties to support those aspects of the permits and approvals for the [Gross Reservoir Expansion Project] that are related to the impacts to aquatic resources in the South Boulder Creek basin.

JA ____, AR013912**.** The Environmental Pool was ultimately included in the Section 404 permit for the Gross Reservoir Expansion Project as a condition adopting the mitigation identified by the 2011 Fish and Wildlife Mitigation Plan. JA____, ROD p.31**.**

By vacating the Section 404 permit for the Gross Reservoir Expansion Project, the April 2025 Remedy Order also vacated the underlying environmental analysis and mitigation requirements, including the Environmental Pool. Without completion of the expansion project as planned and permitted, the Environmental Pool cannot operate. The result is that Boulder and Lafayette cannot realize the benefits bargained for in the Gross Reservoir Environmental Pool IGAs, including the use of storage and use of their respective water rights. It does not appear that these negative, practical impacts to Boulder and Lafayette were considered by the district court. In fact, the infringement on the interests of Boulder and Lafayette in

the Environmental Pool is not mentioned in the April 2025 Remedy Order.

Further, if the Corps of Engineers were to select a new alternative on remand of the Section 404 permit at this late stage, as a result of the Order, Boulder and Lafayette would be effectively denied the important water storage and environmental benefits to South Boulder Creek that were secured through the Gross Reservoir Environmental Pool IGAs and the cities' water rights decrees. These impacts were similarly not considered by the lower court.

## II. The Lower Court's Decision Denies Boulder and Lafayette the Important Environmental, Community and Operational Benefits Bargained for in the Gross Reservoir Environmental Pool IGAs.

South Boulder Creek stream flows are primarily fed through high-elevation snow accruals. **Attachment 1** at p. 4. Gross Reservoir is an existing on-channel reservoir located in the upper part of the South Boulder Creek watershed that delivers water to Denver through the South Boulder Creek Diversion Conduit upstream of Eldorado Springs. *Id.* The stream reach below Gross Reservoir includes a transition zone from a cold-water to a warm-water fishery with several existing and significant modifications due to municipal and agricultural diversions. *Id*. at p. 5. Below Eldorado Springs, flows in South Boulder Creek are depleted by water rights diversions for agricultural, industrial, and municipal uses. *Id.* South

Boulder Creek below Gross Reservoir currently experiences periods of depleted base flow and virtually no flow in certain segments. *Id.*

The natural environment in South Boulder Creek supports a variety of plant and animal species including a fishery for both cold-water and warm-water species. *Id*. South Boulder Creek is also an important recreational and aesthetic resource for the community. *Id.*

Releases from the Gross Reservoir Environmental Pool would enhance stream flows and aquatic and riparian habitat through approximately 17.3 miles of South Boulder Creek below the diversion dam of Gross Reservoir to the confluence of South Boulder Creek and Boulder Creek. JA____. AR013903. The benefitted stream reaches include Eldorado Canyon State Park, South Boulder Creek State Natural Area, and City of Boulder open space lands. *See id*. The enhanced stream flows from the Environmental Pool would help sustain flows throughout the year to provide additional water to current dry-up points in South Boulder Creek and benefit the surrounding habitat and species in proximity to the protected segments. **Attachment 2** at p. 7.

For example, the protected segments of South Boulder Creek flow for approximately 6.6 miles through Boulder open space lands. Enhanced stream flows through these transitional stream reaches on Boulder open space lands alone

would help to sustain approximately 31 acres of riparian and 14 acres of wetland habitat, benefiting several native fish species that are considered the highest conservation priority by CPW and a rich aquatic macroinvertebrate community.

Streams in the transition zone between cold and warm flows are among the most impacted habitats in North America, and Boulder has funded several research projects to document the importance of South Boulder Creek in these transitional zones. These research projects suggest that improved stream flows would increase drought resilience, reduce instances of critical-low flow periods that severely impact sensitive populations, and enhance vegetation communities critical to several threatened and endangered species, including the federally listed Preble's meadow jumping mouse and Ute Ladies'-tresses orchid, candidate species like the tri-colored bat, and the state-listed Northern Leopard Frog. Improved stream flows would also enhance over 1.5 miles of adjacent public trail corridors through Boulder open space, providing additional recreational value and scenic benefits.

In addition to the environmental and community benefits discussed above, the Gross Reservoir Environmental Pool would also provide benefits to the municipal water systems of both Boulder and Lafayette that were bargained for by the cities in the IGAs. Upstream storage in the Environmental Pool would provide the cities with additional flexibility, drought resiliency, and operational redundancy

to help meet municipal water service demands in their respective communities. This is especially important for municipal water service providers planning to meet water demands in the face of climate change and other uncertainties. Pursuant to the February 24, 2010 IGA, Boulder and Lafayette have expended over $4,000,000 towards construction of the enlarged Gross Reservoir. JA at ____, AR013910. Additionally, both cities have invested in the adjudication of water rights decrees for the purpose of filling the Environmental Pool and stream improvements to aid in the delivery of water released from the Environmental Pool down through the Upper and Lower Segments of South Boulder Creek. JA___, AR013905, 13907-08; JA ___ AR013922-23; *see also* Decrees in Case Nos. 2016CW3160 and 2017CW3212, District Court for Water Division 1, State of Colorado.

## III. The April 2025 Remedy Order Will Deter Other Multi-Purpose, Public Interest Water Infrastructure Projects, like the Environmental Pool, and is Inconsistent with State Water Policy.

The Colorado Water Plan provides a policy framework to inform decision-making on water conservation and the development of water resources in the state. STATE OF COLO., DEP'T OF NATURAL RESOURCES, COLO. WATER CONSERVATION BD., COLORADO WATER PLAN, EXECUTIVE SUMMARY, 2 (2023). The Water Plan encourages a collaborative approach to water management that balances multiple uses and provides cross-sectional benefits to better address water supply challenges

across municipal, agricultural, environmental and recreational sectors in Colorado. STATE OF COLO., DEP'T OF NATURAL RESOURCES, COLO. WATER CONSERVATION BD., COLORADO WATER PLAN, 217-219, 231, 233 (2023). The Water Plan further acknowledges the importance of thoughtful storage projects that build local and regional partnerships and meet multiple purposes and provide multiple benefits in Colorado. *Id.* at 217, 231.

The Gross Reservoir Environmental Pool is an example of a collaborative water storage solution negotiated amongst three municipalities to address multiple public interest concerns. The lower court's decision shrouds the Environmental Pool in uncertainty, negating the deliberate and sustained efforts of the parties towards development of significant environmental, community and operational benefits in service to the public's water supply. If upheld, the April 2025 Remedy Order will disincentivize similar collaborative solutions and critical water infrastructure projects throughout the state that integrate multiple public benefits, and is inconsistent with state water policy articulated in the Water Plan.

## CONCLUSION

For these reasons, *amici curiae* City of Boulder and City of Lafayette urge the Court to reverse the district court's judgment and vacate the injunction preventing Denver from expanding the capacity of Gross Reservoir.

DATED: November 25, 2025.

Respectfully submitted,

*/s/ Jessica Pault-Atiase*
Jessica L. Pault-Atiase
Senior Counsel
City of Boulder

*/s/ Erin E. Poe*
Erin E. Poe
Deputy City Attorney
City of Lafayette

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1. This document complies with the type-volume limitation contained in Fed. R. App. P. 27(d)(2)(A) because, excluding the portions exempted by Rule 32(f), this motion contains 2,541 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO in 14-point Times New Roman.

DATED: November 25, 2025.

*/s/ Jessica Pault-Atiase*
Jessica Pault-Atiase, Senior Counsel
City of Boulder

**CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that with respect to the foregoing:

(1) All required privacy redactions have been made 10th Cir. R. 25.5;

(2) If required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

(3) The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, CrowdStrike Falcon Sensor, updated daily, and according to the program are free of viruses.

DATED: November 25, 2025.

*/s/ Jessica Pault-Atiase*
Jessica Pault-Atiase, Senior Counsel
City of Boulder

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2025, I electronically filed the foregoing **BRIEF OF *AMICI CURIAE* CITY OF BOULDER AND CITY OF LAFAYETTE IN SUPPORT OF APPELLANT CITY AND COUNTY OF DENVER SUPPORTING REVERSAL** with the Clerk of Court for the U.S. Court of Appeals for the Tenth Circuit through the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Lisa R. Thompson*
Lisa Thompson, Paralegal
City of Boulder